IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOURENZO FLUELLEN MARTIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:11-cv-632-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On July 2, 2013, the Magistrate Judge filed a Recommendation. (Doc. # 11.) No objections were filed. After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that

1. The Recommendation (Doc. # 11) is ADOPTED;

2. Petitioner's 28 U.S.C. § 2255 motion is DENIED.

An appropriate judgment will follow.

DONE this 24th day of July, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE